**Opinion issued December 23, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00538-CV

———————————

## IN THE INTEREST OF L.S.G., A CHILD

———

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2013-03849J**

———

## MEMORANDUM OPINION

Appellant, K.D.R.A., challenges the trial court's final order terminating her parental rights to her minor child. Appellant's appointed counsel has filed a motion to withdraw and an *Anders* brief, asserting that the appeal is without merit and there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738,

87 S. Ct. 1396 (1967). We affirm the trial court's judgment and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Counsel has filed an *Anders* brief in which he concludes that, after a thorough review of the record, appellant's appeal of the termination of her parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that he delivered a copy of the brief to appellant and has informed appellant of her right to examine the appellate record and to file a response. *See In re K.D.*, 127 S.W.3d at 67. This Court has sent notice to appellant of her right to review the record and file a pro se response.[1] Appellant has not filed a response.

We have independently reviewed the entire record and counsel's *Anders* brief. *See In re K.D.,* 127 S.W.3d at 67. We agree with counsel's assessment that the appeal is frivolous and without merit.

---

[1] This Court sent its notifications to appellant at the address provided as her last known address in counsel's motion to withdraw. The notices were returned with the following notation written on the envelopes: "return to sender, insufficient address, unable to forward." Appellant has not provided us with any other address.

Accordingly, we affirm the judgment of the trial court and grant counsel's motion to withdraw.[2] Attorney, Donald M. Crane, must immediately send appellant the required notice and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

---

[2] Appointed counsel still has a duty to inform appellant of the result of this appeal and notify appellant that she may, on her own, pursue a petition for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).